JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BUSSEY,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a corporation; UNITED TECHNOLOGIES CORPORATION, a corporation; DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  EDCV 16-1048-GW(SSx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable George H. Wu |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties.  Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 22, 2017

                                                                       *George H. Wu*
                                                                       Hon. George H. Wu
                                                                       United States District Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City